Jack Silver, Esq. SBN 160575
Jerry Bernhaut, Esq. SBN 206264
Law Office of Jack Silver
Post Office Box 5469
Santa Rosa, CA 95402-5469
Tel.   (707) 528-8175
Fax.   (707) 528-8675
lhm28843@sbcglobal.net

Attorneys for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,<br><br>Plaintiff<br>v.<br><br>CITY OF SAUSALITO, and DOES 1-10, Inclusive,<br><br>Defendants | CASE NO. : C08-01966 SC<br><br>PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS<br>[L.R. 3-16] |

Pursuant to Civil L.R. 3-16, Plaintiff Northern California River Watch certifies that as of this date, other than the named parties to this action, Plaintiff is aware of no other entities or persons having either any financial interest in these proceedings or any other kind of interest which could be substantially affected by the outcome of these proceedings.

Dated: April 16, 2008

JERRY BERNHAUT
Attorney for Plaintiff
NORTHERN CALIFORNIA RIVER WATCH

C08-01966 SC
PLAINTIFF'S CERTIFICATE OF INTERESTED ENTITIES OR PERSONS