ROBERT P. DOTY (STATE BAR NO. 148069)
STUART I. BLOCK (STATE BAR NO. 160688)
SCOTT J. LICHTIG (STATE BAR NO. 243520)
COX, CASTLE & NICHOLSON LLP
555 California Street; 10th Floor
San Francisco, CA 94104-1513
Telephone: (415) 392-4200
Facsimile: (415) 392-4250
sblock@coxcastle.com

Attorneys for Defendant
City of Sausalito

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,, <br><br> Plaintiff, <br><br> vs. <br><br> CITY OF SAUSALITO, and DOES 1-10, Inclusive, <br><br> Defendant. | Case No. CV 08 1966 <br><br> **STIPULATED REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE** |

      Pursuant to Northern District of California Civil Local Rules 6-2 and 7-12, Defendant City of Sausalito ("City") requests that this Court continue the Initial Case Management Conference and related disclosure obligations under Federal Rules of Civil Procedure 26 and Local Rule 16 for a period of thirty (30) days, as indicated below. The City has only recently retained counsel in this matter and makes this request to permit the parties to explore the possibility of an expeditious resolution without the need for further litigation.

      Plaintiff Northern California River Watch ("Plaintiff") filed its complaint in this action on April 15, 2008, asserting claims under the citizen provisions of the Clean Water Act, 33 U.S.C. § 1251 *et seq.* and the Resource Conservation and Recovery Act, 42 U.S.C. § 6901 *et seq.* The complaint's allegations relate to the City's role in the operation of a complex, multi-party wastewater collection and treatment system which, the complaint alleges, collects sewage from approximately

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
99009\123771v3     - 1 -

Case No. CV 08-1966-SC
Stipulated Request For Order Continuing Initial
Case Management Conference

6,200 connections and serves 7,454 citizens in southern Marin County. The complaint further alleges that City's collection system is a source of increased wet weather flows into the Sausalito-Marin City Sanitary District due to alleged inflow and infiltration of stormwater and groundwater into the City's sewers through cracks, eroded sections and misaligned joints.

The parties have engaged in initial discussions regarding Plaintiff's claims and Plaintiff has provided to the City a proposed settlement of the present action. The City, its engineers, and its counsel have commenced evaluation of Plaintiff's claims and its settlement proposal; however, given the sheer number of issues raised in the complaint, additional investigation remains outstanding. Likewise, the City requires additional time to assess the elements of Plaintiff's settlement demand. To permit the City to meaningfully weigh Plaintiff's allegations, as well as to provide for the possibility of early settlement of this matter, Plaintiff has agreed, subject to this Court's approval, to: 1) permit the City an additional thirty (30) days to respond to the complaint, and 2) stipulate to the present motion seeking to continue all currently established pre-trial dates for a period of thirty (30) days, or the as soon thereafter as available with this Court. The parties believe that this brief extension will permit the parties to more effectively approach resolution of this matter and most efficiently utilize the Court's time and resources. There have been no prior extensions of time sought or granted in this matter, and the continuance would affect only those dates indicated below.

Accordingly, the parties respectfully request that the Court approve and establish the following new dates for the referenced pre-trial requirements:

| ACTION | OLD DATE | NEW DATE |
|---|---|---|
| City's Answer | June 24, 2008 | July 24, 2008 |
| Last day to meet and confer and file joint ADR Certification | July 7, 2008 | August 6, 2008 |
| Last day to file Rule 26(f) Report, complete initial disclosures | July 18, 2008 | August 18, 2008 |
| Initial Case Management Conference | July 25, 2008 | August 25, 2008 * |

* Or as soon thereafter as the Court's schedule permits.

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

99009\123771v3

- 2 -

Case No. CV 08-1966-SC
Stipulated Request For Order Continuing Initial
Case Management Conference

|    |                                              |                                              |
|----|----------------------------------------------|----------------------------------------------|
| 1  |                                              | Respectfully submitted,                      |
| 2  | DATED: June 1X/1, 2008                       | COX, CASTLE & NICHOLSON LLP                  |
| 3  |                                              |                                              |
| 4  |                                              | By: [signature]                              |
| 5  |                                              | Stuart I. Block<br>Attorney for Defendant City of Sausalito |

Plaintiff hereby stipulates to the new dates set forth in the chart above and requests that the Court enter the Proposed Order submitted herewith.

DATED: July ____, 2008        LAW OFFICES OF JACK SILVER

By:_____
Jerry Bernhaut
Attorneys for Plaintiff Northern California River Watch

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
99009\123771v3

- 3 -

Case No. CV 08-1966-SC
Stipulated Request For Order Continuing Initial
Case Management Conference

|  |  |  |
|---|---|---|
| 1 |  | Respectfully submitted, |
| 2 | DATED: June _____, 2008 | COX, CASTLE & NICHOLSON LLP |
| 4 |  | By:_____ |
| 5 |  | Stuart I. Block<br>Attorney for Defendant City of Sausalito |

7    Plaintiff hereby stipulates to the new dates set forth in the chart above and requests that
8 the Court enter the Proposed Order submitted herewith.

9    DATED: July __1__, 2008        LAW OFFICES OF JACK SILVER

11    By: _/s/ Jerry Bernhaut_____
          Jerry Bernhaut
          Attorneys for Plaintiff Northern California River
          Watch

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO    99009\123771v3

- 3 -

Case No. CV 08-1966-SC
Stipulated Request For Order Continuing Initial
Case Management Conference