ROBERT P. DOTY (STATE BAR NO. 148069)
STUART I. BLOCK (STATE BAR NO. 160688)
SCOTT J. LICHTIG (STATE BAR NO. 243520)
COX, CASTLE & NICHOLSON LLP
555 California Street, 10th Floor
San Francisco, CA 94104-1513
Telephone: (415) 392-4200
Facsimile: (415) 392-4250
sblock@coxcastle.com

Attorneys for Defendant
City of Sausalito

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAUSALITO, and DOES 1-10, Inclusive,<br><br>Defendant. | Case No. CV 08 1966<br><br>**DECLARATION OF STUART I. BLOCK IN SUPPORT OF STIPULATED REQUEST FOR ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Samuel Conti |

I, Stuart Block, declare:

1. I am a member of the law firm of Cox Castle & Nicholson LLP, counsel for Defendant City of Sausalito in the above captioned action. The statements made in this Declaration are based on my personal knowledge, and if called as a witness I could and would testify competently thereto.

2. The complaint filed by Plaintiff Northern California River Watch in this action asserts three separate claims under the Clean Water Act, 33 U.S.C. § 1251 *et seq.* and the Resource Conservation and Recovery Act, 42 U.S.C. § 6901 *et seq.* The complaint's allegations relate to the City's role in the operation of a complex, multi-party wastewater collection and treatment system which, the complaint alleges, collects sewage from approximately 6,200 connections and serves 7,454 citizens in southern Marin County. The complaint further alleges that City's collection system is a

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO
99009\123782v1

- 1 -

Case No. CV 08-1966-SC

source of increased wet weather flows into the Sausalito-Marin City Sanitary District due to alleged inflow and infiltration of stormwater and groundwater into the City's sewers through cracks, eroded sections and misaligned joints. The City just recently retained Cox, Castle & Nicholson as counsel in this matter.

3. The parties have engaged in initial discussions regarding Plaintiff's claims and Plaintiff has provided to the City a proposal for settlement of the present action. The City, its engineers, and its counsel have commenced evaluation of Plaintiff's claims and its settlement proposal; however, given the sheer number of issues raised in the complaint, additional investigation remains outstanding. The City also requires additional time to assess the elements of Plaintiff's settlement demand. The City believes that a brief extension will permit the parties to more effectively approach resolution of this matter and most efficiently utilize the Court's time and resources.

4. There have been no prior extensions of time sought or granted in this matter, and the continuance would affect only those dates presented in the chart on page 2 of the Stipulated Request.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. Executed in San Francisco, California.

DATED: July _____, 2008

_____
Stuart I. Block

LAW OFFICES OF
COX, CASTLE &
NICHOLSON LLP
SAN FRANCISCO

99009\123782v1

- 2 -

Case No. CV 08-1966-SC
Declaration of Stuart I. Block