ROBERT P. DOTY (STATE BAR NO. 148069)
STUART I. BLOCK (STATE BAR NO. 160688)
SCOTT J. LICHTIG (STATE BAR NO. 243520)
COX, CASTLE & NICHOLSON LLP
555 California Street, 10th Floor
San Francisco, CA 94104-1513
Telephone: (415) 392-4200
Facsimile: (415) 392-4250
sblock@coxcastle.com

Attorneys for Defendant
City of Sausalito

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NORTHERN CALIFORNIA RIVER WATCH, a non-profit corporation,,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF SAUSALITO, and DOES 1-10, Inclusive,<br><br>Defendant. | Case No. CV 08 1966<br><br>**[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE**<br><br>Judge: Hon. Samuel Conti |

The Court has considered the Stipulated Request For Order Continuing Initial Case Management Conference by Defendant City of Sausalito and Plaintiff Northern California River Watch pursuant to Local Rules 6-2 and 7-12, the Declaration of Stuart I. Block filed in support of the Stipulated Request, and all related documents and records on file with the Court.

Based on the Stipulated Request and the information presented in its support, and other good cause appearing therefore, **THE COURT HEREBY ORDERS**, as follows:

LAW OFFICES OF
COX, CASTLE & NICHOLSON LLP
SAN FRANCISCO

99009\123783v2

- 1 -

Case No. CV 08-1966-SC
[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE

The Stipulated Request for Order Continuing Initial Case Management Conference is GRANTED and the following dates shall govern indicted actions in this case:

| ACTION | DATE |
|---|---|
| City's Answer | July 24, 2008 |
| Last day to meet and confer and file joint ADR Certification | August 6, 2008 |
| Last day to file Rule 26(f) Report, complete initial disclosures | August 18, 2008 |
| Initial Case Management Conference | August 25, 2008 |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: July 2, 2008

UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA

DENIED

Judge Samuel Conti

By: ______________________

Hon

JUDG T COURT

LAW OFFICES OF
**COX, CASTLE & NICHOLSON LLP**
SAN FRANCISCO

99009\123783v2

- 2 -

Case No. CV 08-1966-SC
[PROPOSED] ORDER CONTINUING INITIAL CASE MANAGEMENT CONFERENCE