## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

<u>CIVIL PRETRIAL MINUTES</u>

Date:      **July 25, 2008**      **[10:12am - 10:14am]**

Case No.   **C-08-1966  SC**                    Judge:  **SAMUEL CONTI**

Title**:**   **N. CA RIVER WATCH  -v- CITY OF SAUSALITO**

Attorneys:   **Jerry Bernhaut**         **Robert Doty**

Deputy Clerk:   **Monica Narcisse for Teresa De Martini**
Court Reporter:   **Katherine Sullivan**

### PROCEEDINGS

1)   **Trial Setting Conference** _____

2)   _____

Discovery Cutoff:   **3/18/2009**

Motions hearing:    **4/17/2009 at 10:00 a.m**.


Continued to __ for Further Case Management Conference

Continued to  **5/15/2009 at 10:00 a.m.** for Pretrial Conference

Continued to  **5/18/2009 at 10:00 a.m.** for Jury Trial

**ORDERED AFTER HEARING:**




cc:     **CRD for SC**