# UNITED STATES DISTRICT COURT

## Northern District of California

| | |
|---|---|
| Northern California River Watch,<br><br>             Plaintiff(s),<br><br>    v.<br><br>City of Sausalito,<br><br>             Defendant(s). | 08-01966 SC MED<br><br>**Notice of Appointment of Mediator** |

TO COUNSEL OF RECORD:

The court notifies the parties and counsel that the Mediator assigned to this case is:

**Steven Weissman**
University of California
Lecturer in Residence, Associate Director
California Center for Environmental Law and Policy
2440 Bancroft Way
Suite 207C
Berkeley, CA 94720-7230
510-642-0508
sweissman@law.berkeley.edu

Counsel shall familiarize themselves with the requirements of ADR L.R. 6 which governs the Mediation program.  The mediator will schedule a joint phone conference with counsel under ADR L.R. 6-6 and will set the date of the mediation session within the deadlines set by ADR L.R. 6-4 or the court order referring this action to mediation. The court permits the mediator to charge each party its pro rata share of the cost of the phone conference.

**Notice of Appointment of Mediator**
08-01966 SC MED                                     - 1 -

1
2  Counsel are reminded that the written mediation statements required by the ADR
3  L.R. 6-7 shall NOT be filed with the court.
4
5  Dated: August 6, 2008

RICHARD W. WIEKING
Clerk
by:     Alice M. Fiel

_____
ADR Case Administrator
415-522-3148
Alice_Fiel@cand.uscourts.gov

**United States District Court**
**Northern District of California**

**Notice of Appointment of Mediator**
08-01966 SC MED                           - 2 -